**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Nayeli Juarez Diaz,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-03124-PHX-SPL (MTM)

**ORDER**

By Order dated May 12, 2026, the Court granted the Petition pursuant to 28 U.S.C. § 2241, ordered that Petitioner either receive a prompt bond hearing or be released from custody, and directed Respondents to file a Notice of Compliance. (Doc. 9). On May 20, 2026, Petitioner filed a Motion to Enforce the Court's May 12, 2026 Order on the basis that Petitioner had not received her ordered relief. (Doc. 11). Later that same day, Respondents filed the requisite Notice of Compliance. (Doc. 12). Petitioner now moves to Withdraw her Motion for Compliance. (Doc. 13).

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED**:

1. Petitioner's Motion to Withdraw (Doc. 13) is **granted**.
2. Petitioner's Motion to Enforce (Doc. 11) is **denied as moot**.
3. This case must remain closed.

Dated this 21st day of August, 2026.

Honorable Steven P. Logan
United States District Judge